UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE P. ALFORD, ET AL. | CIVIL ACTION |
| VERSUS | NO. 13-5457 |
| | REF: 13-5464 |
| CHEVRON U.S.A. INC., ET AL. | SECTION "R" (3) |

## ORDER

Considering the Joint Motion to Approve and Certify Settlement Agreement filed by all Parties and finding the motion to be in order and well founded;

IT IS ORDERED that the Motion is GRANTED, and the settlement between Catherine P. Alford, Margaret Perez Barton, James L. Carrere, Richard J. Carrere, Jr., Thomas A. Carrere, Paula Perez Landrem, Leander H. Perez III, Citrus Realty, LLC, and River Realty, L.L.C., Chevron U.S.A. Inc., Chevron Pipe Line Company, Gulf Oil Corporation and Exxon Mobil Corporation is hereby approved pursuant to La. R.S. 30:29(J) without a deposit of money into the registry of the Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the limited purpose of enforcing the settlement agreement herein approved.

Accordingly, all claims by plaintiffs against Chevron U.S.A. Inc., Chevron Pipeline Company, Gulf Oil Corporation and Exxon Mobil Corporation are hereby DISMISSED WITH PREJUDICE, except as to the specific, limited retention of jurisdiction stated in the immediately preceding paragraph.

New Orleans, Louisiana, this __6th__ day of November, 2017

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE